# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR161 |
| vs. | ) | |
| RICHARD HEGLIN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Continue Trial [59].  Upon consultation with counsel for the parties, the undersigned magistrate judge concludes that plea negotiations are ongoing and good cause exists for the requested continuance.  Accordingly:

**IT IS ORDERED** that the Motion to Continue Trial [59] is granted, as follows:

1. The jury trial now set for May 17, 2022, is continued to **July 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 19, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  May 5, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge