**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR161** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RICHARD HEGLIN,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Motion to Continue Trial [61]. The parties continue to discuss possible resolutions short of trial.  In addition, the court has been notified that counsel for the government is not available due to a family matter. For good cause shown, the motion will be granted.

Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [61] is granted, as follows:

1. The jury trial now set for July 19, 2022, is continued to **August 30, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 30, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny the government continuity of counsel or counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:  July 12, 2022**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**